UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

      Case No.  24-cr-20667
      Hon. Denise Page Hood

**D-1 BRIAN MAURICE BROWN,**

      Defendant.
_____/

## STIPULATION FOR SUBSTITUTION OF ATTORNEYS

    NOW COMES the Defendant's Attorney, Todd Russell Perkins, who consents to the substitution of Lowell S. Friedman in his place and stead, as Co-Counsel with Barry A. Resnick for Defendant-1, BRIAN MAURICE BROWN, in the above-captioned matter.

/s/with Consent of Todd Russell Perkins /s/Lowell S. Friedman

| | |
|---|---|
| TODD RUSSELL PERKINS (P55623) | LOWELL S. FRIEDMAN (P56185) |
| 615 Griswold, Ste. 400 | 302 S. Main Street, Suite 200 |
| Detroit, MI 48226 | Royal Oak, MI  48067 |
| (313) 964-1702 | (248) 932-0900 |
| tperkins@perkinslawgroup.net | lowell@friedmanlawfirm.com |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

        Case No.  24-cr-20667
        Hon. Denise Page Hood

**D-1 BRIAN MAURICE BROWN**,

        Defendant.

_____/

## **ORDER FOR SUBSTITUTION**

Upon reading the above Stipulation, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Lowell S. Friedman be substituted in place of Todd Russell Perkins, as co-counsel for Defendant #1, BRIAN MAURIE BROWN in the above-captioned matter.

Dated:  January 13, 2025

        s/Denise Page Hood
        United States District Judge