UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRIAN MAURICE BROWN,

    Defendant.

Case No. 2:24-cr-20667
Hon. Denise Page Hood
**DUTY MAGISTRATE**

## STIPULATION TO SEAL FILINGS RELATING TO DETENTION HEARING

IT IS HEREBY STIPULATED by and between the above parties that Defendant's Memorandum in Support of Bond and Request for Additional Pretrial Services Investigation, the government's response to Defendant's memorandum, all exhibits, and any other filings concerning the detention hearing scheduled on June 4, 2025, shall be sealed until further order of the Court because they contain personal, sensitive information.

    Respectfully Submitted

| | |
|---|---|
| s/ Rajesh Prasad w/ permission | s/ Allison L. Kriger |
| CAITLIN CASEY | ALLISON L. KRIGER (P76364) |
| RAJESH PRASAD | Attorney for Defendant |
| Assistant United States Attorney | 500 Griswold Street, Suite 2400 |
| 211 W. Fort Street, Suite 2001 | Detroit, MI 48226 |
| Detroit, MI 48226 | (313) 967-0100 |
| (313) 226-9100 | akriger@larenekriger.com |
| Caitlin.Casey@usdoj.gov | |
| Rajesh.Prasad@usdoj.gov | DATED: June 2, 2025 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRIAN MAURICE BROWN,

    Defendant.

Case No. 2:24-cr-20667
Hon. Denise Page Hood
**DUTY MAGISTRATE**

## ORDER SEALING

Upon reading and filing the attached Stipulation and the Court being duly advised in the premises:

**IT IS HEREBY ORDERED** that Defendant's Memorandum in Support of Bond and Request for Additional Pretrial Services Investigation, the government's response to Defendant's memorandum, all exhibits, and any other filings concerning the detention hearing scheduled on June 4, 2025 shall be sealed until further order of the Court.

Date: June 2, 2025

s/Kimberly G. Altman
KIMBERLY G. ALTMAN
UNITED STATES MAGISTRATE JUDGE