UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

          v.

BRIAN MAURICE BROWN,

      Defendant.

Case No. 2:24-cr-20667
Hon. Denise Page Hood

**STIPULATION TO SEAL CERTAIN FILINGS RELATING TO DEFENDANT'S MOTION FOR REVOCATION OF DETENTION ORDER AND FOR REDACTED FILINGS ON THE PUBLIC DOCKET**

IT IS HEREBY STIPULATED by and between the above parties that, consistent with the Court's Order granting in part and denying in part movant Charles Blackwell's Motion to Unseal Judicial Records (Docket No. 25-mc-50925-DPH-APP ECF No. 10), defendant's forthcoming motion for revocation of detention order, the Government's response, defendant's reply, all exhibits, and any other related filings, shall be sealed until further order of the Court because they contain personal, sensitive information; however, the parties must also file these submissions on the public docket with redactions of specific, sensitive information.

Respectfully Submitted

s/ Rajesh Prasad w/ permission
CAITLIN CASEY
RAJESH PRASAD
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100
Caitlin.Casey@usdoj.gov
Rajesh.Prasad@usdoj.gov

s/ Allison L. Kriger
ALLISON L. KRIGER (P76364)
Attorney for Defendant
500 Griswold Street, Suite 2400
Detroit, MI 48226
(313) 967-0100
akriger@larenekriger.com

DATED: March 30, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

         v.

BRIAN MAURICE BROWN,

      Defendant.

Case No. 2:24-cr-20667
Hon. Denise Page Hood

---

### ORDER SEALING CERTAIN FILINGS AND REQUIRING FILINGS ON THE PUBLIC DOCKET REDACTED OF CERTAIN INFORMATION

Upon reading and filing the attached Stipulation and the Court being duly advised in the premises:

**IT IS HEREBY ORDERED** that consistent with the Court's Order granting in part and denying in part movant Charles Blackwell's Motion to Unseal Judicial Records (Docket No. 25-mc-50925-DPH-APP ECF No. 10), defendant's forthcoming motion for revocation of detention order, the Government's response, defendant's reply, all exhibits, and any other related filings, shall be sealed until further order of the Court because they contain personal, sensitive information.

**IT IS FURTHER ORDERED** that the parties must also file these submissions on the public docket with redactions of specific, sensitive information.

Dated:  April 2, 2026

s/Denise Page Hood
HON. DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE