UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

Criminal Case No. 24-20667

Honorable Denise Page Hood

D-1 BRIAN MAURICE BROWN

Defendant.
______________________________/

**Notice of Withdrawal of Government's Motion to Continue the Final Pre-trial Conference and Trial Date and Find Excludable Delay (ECF No. 141)**

The parties have stipulated to an adjournment of the trial date and finding of excludable delay through August 4, 2026. A stipulation and proposed order was filed with Court on July 8, 2026. Accordingly, the government moves to withdraw its prior motion, filed April 15, 2026, to continue the final pre-trial conference and trial date and find excludable delay. *See* ECF No. 141.

As detailed in the parties' stipulation, the defendant also withdraws his objection to the continuance and has indicated that he intends to file additional pre-trial motions.

Respectfully submitted,

JEROME F. GORGON JR.

United States Attorney

*s/ Caitlin B. Casey*
Caitlin B. Casey
Rajesh Prasad
Assistant U.S. Attorneys
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Phone: (313) 226-9769
Caitlin.casey@usdoj.gov

Date: July 9, 2026